1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JIMERSON

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11                                      )
    UNITED STATES OF AMERICA,            )   No.  CR 12-00725-EJD
12                                       )
              Plaintiff,                 )   STIPULATION TO CONTINUE STATUS
13                                       )   CONFERENCE; [PROPOSED] ORDER
    vs.                                  )   AND EXCLUDING TIME
14                                       )
    DAEMON MICHAEL JIMERSON,             )
15                                       )
              Defendant.                 )
16  _____

17     Plaintiff United States of America, by and through Assistant United States Attorney

18  Jeffrey Nedrow, and Defendant DAEMON MICHAEL JIMERSON ("Mr. Jimerson"), by and

19  through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

20  that the status conference in this case should be continued from November 5, 2012, at 1:30 p.m.,

21  to November 26, 2012, at 1:30 p.m.

22     1.  Mr. Jimerson has been indicted for possessing methamphetamine with the intent to

23  distribute, in violation of 21 U.S.C. § 841 (a)(1).

24     2.  A status conference before this Honorable Court has been scheduled for November 5,

25  2012, at 1:30 p.m.

26

1    3. Counsel needs additional time to receive and review the discovery materials, and to
2 meet and to discuss the case with Mr. Jimerson.
3    4. Mr. Jimerson respectfully requests that the status hearing be continued as requested,
4 and agrees to the exclusion of time from November 5, to November 26, 2012, pursuant to 18
5 U.S.C. § 3161 (h)(7)(A).
6    5. Accordingly, the parties request that the status hearing be continued from November
7 5, to November 26, 2012.
8    IT IS SO STIPULATED.

9                           Respectfully submitted,
10                          STEVEN G. KALAR
                            Federal Public Defender
11
                                /s/
12 Dated: October 31, 2012   _____
                            ROBERT M. CARLIN
13                          Assistant Federal Public Defender

14                          UNITED STATES ATTORNEY
15
                                /s/
16 Dated: October 31, 2012   _____
                            JEFFREY NEDROW
17                          Assistant United States Attorney

18
19
20
21
22
23
24
25
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
NO. CR 12-00725-EJD                 2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JIMERSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,         )   No. CR 12-00725-EJD
                                     )
12           Plaintiff,               )   [PROPOSED] ORDER ON STIPULATION
                                     )   TO CONTINUE STATUS CONFERENCE.
13                                    )   AND EXCLUDING TIME
   vs.                               )
14                                    )
   DAEMON MICHAEL JIMERSON,          )
15                                    )
             Defendant.              )
16 _____

17                        [PROPOSED] ORDER

18      1. Mr. Jimerson has been indicted for possessing methamphetamine with the intent to

19 distribute, in violation of 21 U.S.C. § 841 (a)(1).

20      2. A status conference before this Honorable Court has been scheduled for November 5,

21 2012, at 1:30 p.m.

22      3. Counsel needs additional time to receive and review the discovery materials, and to

23 meet and to discuss the case with Mr. Jimerson.

24      4. There is good cause for the requested continuance, and the "ends of justice" served by

25 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
NO. CR 12-00725-EJD                          3

1  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from November 5, to November 26, 2012, is
2  excluded pursuant to section § 3161 (h)(7)(A).
3      5.  The status hearing in this matter shall be continued from November 5, to November
4  26, 2012.
5      IT IS SO ORDERED.

7  Dated: 11/2/2012                    _____
                                       HON. EDWARD J. DAVILA
8                                      United States DISTRICT Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
NO. CR 12-00725-EJD                        4