1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  DAEMON MICHAEL JIMERSON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12                                          )
   UNITED STATES OF AMERICA,                )   No. CR 12-00725-EJD
13                                          )
                  Plaintiff,                )   STIPULATION TO CONTINUE STATUS
14                                          )   CONFERENCE; [PROPOSED] ORDER
   vs.                                      )
15                                          )
   DAEMON MICHAEL JIMERSON ,                )
16                                          )
                  Defendant.                )
17 _____

18      Plaintiff United States of America, by and through Assistant United States Attorney

19 Jeffrey Nedrow, and Defendant DAEMON MICHAEL JIMERSON ("Mr. Jimerson"), by and

20 through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

21 that the status conference in this case should be continued from June 3 to July 1, 2013, at 1:30

22 p.m.

23      1. Mr. Jimerson has been charged in a single count indictment with a violation of 21

24 U.S.C. § 841 (a)(1).

25      2. A status conference before this Honorable Court has been scheduled for June 3, 2013,

26 at 1:30 p.m.

1    3. Counsel for Mr. Jimerson has raised an issue that the Government needs to investigate
2 before the parties can properly resolve the case. Since the issue in question could significantly
3 affect the disposition of Mr. Jimerson's case, the parties believe that the requested continuance is
4 warranted.
5    4. Mr. Jimerson respectfully requests that the status hearing be continued as requested,
6 and agrees to the exclusion of time from June 3 to July 1, 2013, pursuant to 18 U.S.C. § 3161
7 (h)(7)(A).
8    5. Accordingly, the parties request that the status hearing be continued from June 3 to
9 July 1, 2013, at 1:30 p.m.
10 IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender


_____/s/_____
Dated: May 30, 2013           ROBERT M. CARLIN
                              Assistant Federal Public Defender


UNITED STATES ATTORNEY


Dated: May 30, 2013           \_\_\_\_\_/s/_____
                              JEFFREY NEDROW
                              Assistant United States Attorney

2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant
DAEMON MICHAEL JIMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00725-EJD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER ON STIPULATION |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | |
| DAEMON MICHAEL JIMERSON, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

1. Mr. Jimerson has been charged in a single count indictment with a violation of 21 U.S.C. § 841 (a)(1).

2. A status conference before this Court has been scheduled for June 3, 2013, at 1:30 p.m.

3. Counsel for Mr. Jimerson has raised an issue that the Government needs to investigate before the parties can properly resolve the case.  Since the issue in question could significantly affect the disposition of Mr. Jimerson's case, the parties believe that the requested continuance is

warranted.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from June 3 to July 1, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued to July 1, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: ___5/30/213___          _____
                               HON. EDWARD J. DAVILA
                               United States District Judge